# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| KARRY PEREZ, JOHN FITZGERALD, KATHY CAPRON, MARK WADE, JESSICA SHROPSHALL, and HADEL TOMA, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>vs.<br><br>BRITAX CHILD SAFETY, INC.,<br><br>               Defendant. | Civil Action No. 0:19-cv-01735-JMC<br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AND FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS** |

Plaintiffs Karry Perez, John Fitzgerald, Kathy Capron, Mark Wade, Jessica Shropshall, and Hadel Toma, on behalf of themselves and others similarly situated ("Plaintiffs"), and hereby move this Court to:

(a)     grant final approval of the certification of the Settlement Class, defined as:

> all persons who owned or own a BOB Gear Jogging Stroller in the United States that was manufactured on or before September 30, 2015;

(b)     designate Plaintiffs Karry Perez, John Fitzgerald, Kathy Capron, Mark Wade, Jessica Shropshall, and Hadel Toma as Class Representatives for the Settlement Class;

(c)     designate Gary E. Mason of Mason Lietz & Klinger LLP, Charles E. Schaffer of Levin Sedran & Berman LLP, and D. Aaron Rihn of Robert Pierce & Associates, P.C. as Settlement Class Counsel;

(d)     grant final approval of the Settlement as fair, reasonable, and adequate to the Settlement Class;

  (e) release all Released Claims and enjoin Settlement Class Members from asserting, filing, maintaining, prosecuting, or assisting in the prosecution of any of the Released Claims in the future;

  (f) order the dismissal with prejudice of all claims alleged in the Lawsuit, and incorporate the releases and covenant not to sue stated in the Settlement Agreement;

  (g) grant Plaintiffs' Request for Attorneys' Fees and Expenses in the amount of $150,000;

  (h) allocate to the six Named Plaintiffs a total aggregate amount of $18,000 in Service Awards for their participation as Class Representatives; and

  (i) preserve the Court's continuing jurisdiction over the administration of the Settlement and enforcement of the Settlement Agreement.

  This Motion is based upon: (1) this Motion; (2) the Memorandum of Points and Authorities in Support of Plaintiffs' Final Approval of Class Action Settlement and For Approval of Attorneys' Fees, Costs, and Service Awards; (3) the Settlement Agreement; (4) the Declaration of Plaintiffs' Counsel Harper T. Segui filed herewith; (5) the Declaration of Plaintiffs' Counsel Gary E. Mason filed herewith; (6) the Declaration of Plaintiffs' Counsel D. Aaron Rihn filed herewith; (7) the Declaration of Plaintiffs' Counsel Daniel C. Levin filed herewith; (8) the Declaration of Defendant's Counsel Lori B. Leskin filed herewith; (9) the records, pleadings, and papers filed in this action; and (10) such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

//

//

//

Dated: October 15, 2020                Respectfully submitted,

*/s/ Harper Todd Segui*
Harper Todd Segui
**WHITFIELD BRYSON LLP**
Federal ID No. 10841
900 W. Morgan Street
Raleigh, NC 27603
T: 919-600-500029
F: 919-600-5035
E: harper@whitfieldbryson.com

Gary E. Mason
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
T: 202-429-2290
F: 202-429-2294
E: gmason@masonllp.com

Charles E. Schaffer
Daniel C. Levin
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
T: 215-592-1500
F: 215-592-4663
E: CSchaffer@lfsblaw.com
E: DLevin@lfsblaw.com

D. Aaron Rihn
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street, Suite 2500
Pittsburgh, PA 15219
T: 512-214-7477
E: arihn@peircelaw.com

*Attorneys for Plaintiffs*